1   SCOTT N. SCHOOLS (CSBN 9990)
    United States Attorney
2
    W. DOUGLAS SPRAGUE (CSBN 202121)
3   Acting Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, CA 94102
6       Telephone: 415.436.6857
        Facsimile:  415.436.6748
7       Email: patricia.kenney@usdoj.gov

8   Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )        CV 04-0933 WBS
                                         )
14                        Plaintiff,     )
                                         )
15            v.                         )        STIPULATION AND ORDER
                                         )        RESCHEDULING THE CASE
16  $2,526.70 FROM CITIBANK ACCOUNT NO.  )     MANAGEMENT CONFERENCE IN
    40017922317; $31,502.09 FROM CITIBANK)        THESE RELATED CASES TO
17  ACCOUNT NO. 40017922234; $5,086.46 FROM ) SEPTEMBER 13, 2007 AT 10:00 AM
    CITIBANK NO. 50439595; $31,502.09 FROM )
18  CITIBANK ACCOUNT NO. 40017922259;    )
    $5,175.11 FROM CITIBANK ACCOUNT NO.  )
19  50439637; $31,502.90 FROM CITIBANK   )
    ACCOUNT NO. 40017922275; $4,662.74 FROM )
20  CITIBANK ACCOUNT NO. 50439611;       )
    $17,296.00 FROM CITIBANK ACCOUNT NO. )
21  40017742160; AND $2,749.25 FROM      )
    CITIBANK ACCOUNT NO. 50439579,       )
22                                       )
                          Defendants.    )
23  _____  )
                                         )
24  ANNA WONG, NANCY QUAN AND            )
    BANKRUPTCY TRUSTEE OF ESTATE OF      )
25  TOMI LLC -  MOHAMED POONJA,          )
                                         )
26                        Claimants.     )
                                         )
27  _____  )

28

| | | | |
|---|---|---|---|
| 1 | UNITED STATES OF AMERICA, | ) | CV 05-4412 WBS |
| 2 | Plaintiff, | ) ) | |
| 3 | v. | ) ) | STIPULATION AND ORDER RESCHEDULING THE CASE |
| 4 | NET PROCEEDS FROM THE SALE OF | ) ) | MANAGEMENT CONFERENCE IN THESE RELATED CASES TO |
| 5 | REAL PROPERTY AND IMPROVEMENTS LOCATED AT 935-945 FOLSOM STREET, SAN FRANCISCO, CALIFORNIA, | ) ) | SEPTEMBER 13, 2007 AT 10:00 A.M. |
| 6 | | ) ) | |
| 7 | Defendant. | ) ) | |
| 8 | NANCY QUAN AND BANKRUPTCY TRUSTEE OF ESTATE OF TOMI LLC – MOHAMED POONJA, | ) ) | |
| 9 | Claimants. | ) ) | |

10

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation & Order
CV 04-0933 WBS
CV 05-4412 WBS                    2

1    The parties agree, subject to the Court's approval, that the case management conference

2  currently scheduled for September 12, 2007 will be rescheduled for September 13, 2007 at 10:00

3  a.m.  The reasons for the rescheduling is that the undersigned Assistant United States Attorney

4  will be out of the country from August 28 through September 12, 2007.

5

6  IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                           United States Attorney
7

8  Dated: July 9, 2007                     /s/
                                           PATRICIA J. KENNEY
9                                          Assistant United States Attorney
                                           Attorney for the United States in Nos. CV 04-0933 WBS
10                                         And CV 05-4412 WBS

11

12                                         CORPORATE COUNSEL LAW GROUP, LLP

13
   Dated: July  9  , 2007                  /s/
14                                         JOHN CHU
                                           Attorney for Claimants Anna Wong and Nancy Quan in
15                                         CV 04-9033 WBS and Attorney for Claimant TOMI, LLC
                                           (through Nancy Wong) in C 05-4412 WBS
16

17
                                           LUCE, FORWARD, HAMILTON & SCRIPPS LLP
18

19 Dated: July  10  , 2007                 /s/
                                           BARRY MILGROM
20                                         Attorney for Claimant Mohamed Poonja,
                                           Trustee of the Estate of TOMI, LLC in Nos. 04-0933 WBS
21                                         And CV 05-4412 WBS

22

23 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 13th

24 DAY OF JULY, 2007.

25

26                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
27

28

   Stipulation & Order
   CV 04-0933 WBS
   CV 05-4412 WBS                    3