GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for E. Lynn Schoenmann, Trustee of the
bankruptcy estate of WINS OF CA, INC. and WIN
FASHION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$2,526.70 FROM CITIBANK ACCOUNT NO. 40017922317, ET AL.,<br><br>    Defendants. | Case No. C-04-00933 WBS (JCS)<br><br>**ORDER RE TELEPHONIC APPEARANCE AT <u>SETTLEMENT CONFERENCE</u>**<br><br>**(E-Filing Case)** |

   The Court having reviewed the Application for Order Excusing Personal Appearance by E. Lynn Schoenmann at Settlement Conference and the accompanying declaration of Ms. Schoenmann in support of the request;

   GOOD CAUSE APPEARING:

   IT IS HEREBY ORDERED that E. Lynn Schoenmann is excused from personally attending the August 27, 2007 Settlement Conference, but must be available to attend by telephone.

DATED: August 16, 2007

_____
Joseph C. Spero
United States Magistrate Judge

*IT IS SO ORDERED — Judge Joseph C. Spero*

-1-

ORDER RE TELEPHONIC APPEARANCE
113681.DOC