1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CV 04-0933 WBS** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| $2,526.70 FROM CITIBANK ACCOUNT NO. ) 40017922317; $31,502.09 FROM CITIBANK ) ACCOUNT NO. 40017922234; $5,086.46 FROM ) CITIBANK NO. 50439595; $31,502.09 FROM ) CITIBANK ACCOUNT NO. 40017922259; $5,175.11 ) FROM CITIBANK ACCOUNT NO. 50439637; ) $31,502.90 FROM CITIBANK ACCOUNT NO. ) 40017922275; $4,662.74 FROM CITIBANK ) ACCOUNT NO. 50439611; $17,296.00 FROM ) CITIBANK ACCOUNT NO. 40017742160; AND ) $2,749.25 FROM CITIBANK ACCOUNT NO. ) 50439579, ) | **ORDER DISMISSING ACTION** |
| ) | |
| Defendants. ) | |
| ) | |
| ANNA WONG AND NANCY QUAN, ) | |
| ) | |
| Claimants. ) | |
| ) | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA,                    ) | **CV 05-4412 WBS** |
| 2 | )<br>                    Plaintiff,      ) | |
| 3 | )<br>        v.                           ) | |
| 4 | )<br>NET PROCEEDS FROM THE SALE OF  ) | **ORDER**<br>**DISMISSING ACTION** |
|   | REAL PROPERTY AND IMPROVEMENTS  ) | |
| 5 | LOCATED AT 935-945 FOLSOM STREET,  )<br>SAN FRANCISCO, CALIFORNIA,     ) | |
| 6 | ) | |
|   |                     Defendant.    ) | |
| 7 | _____) | |
|   | NANCY QUAN,                             ) | |
| 8 |                     Claimant.      ) | |
|   | _____) | |

       The parties to the above actions and to Criminal Case CR 04 0323 (N.D. Cal.) have advised the Court, during proceedings before this Court and pursuant to the proposed restitution order in case CR 04 0323, that the funds at issue in the above-captioned forfeiture actions are currently in the possession of the United States Marshals Service.  Pursuant to the Order of Restitution by this Court in the criminal action, those funds are to be transferred to Mohammed Poonja ("trustee") in his capacity as trustee in bankruptcy case 03-31971, *In re Tomi LLC,* for distribution, subject to appropriate bankruptcy court order, consistent with the terms of the Order of Restitution.

       Accordingly, and for good cause appearing, IT IS HEREBY ORDERED THAT upon the transfer and completion of the distribution of the funds described above, the two above-captioned matters are dismissed without prejudice and that each party will bear its own costs for these actions.

IT IS SO ORDERED.

DATED:  April 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE