UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04 0323 WBS |
| Plaintiff, | AMENDED ORDER OF RESTITUTION |
| v. | |
| JIMMY QUAN,<br>    a/k/a Toha Quan,<br>ANNA WONG,<br>    a/k/a Anna You Nor Wong, | |
| Defendants. | |

For good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The funds that are the subject of civil forfeiture actions C-04-0933 WBS (N.D. Cal.) and C-05-4412 WBS (N.D. Cal.), which currently total $ 1,456,829.15, plus accrued interest, are held by the United States Marshal's Service.

2. Pursuant to 18 U.S.C. § 3663, each of defendants Jimmy Quan and Anna Wong shall  make restitution, jointly and severally, in the amount of $1,456,829.15, plus any additional interest that has accrued up on that principal until the date of distribution.

1

Restitution shall be made to the payees listed in paragraph 4, below, in the amounts listed therein.  Within ten days of the entry of this Order, the U.S. Marshal's Service shall transfer said funds to Mohammed Poonja ("trustee") in his capacity as trustee in bankruptcy case 03-31971, *In re Tomi LLC,* at P.O. Box 1510, Los Altos, California 94023-1510, for distribution consistent with the provisions of paragraph 4, below.  The trustee shall distribute the funds, subject to the appropriate bankruptcy court order, consistent with the terms of this Order.

      3.  The distribution of the funds described above will satisfy the restitution order in the above-captioned criminal case.

      4.  Restitution shall be made to the following payees, at the addresses which will be provided by the United States Attorney within fourteen days of the entry of this Order, in the amounts listed :

| | Payee | Amount |
|---|---|---|
| a. | Lih-Woan Lii | $ 308,000.00 |
| b. | Michael Lewis | $ 212,500.00 |
| c. | Lynn Schoenmann as trustee of Win Fashion, Inc. & Wins of California, Inc. bankruptcy estates | $ 40,000.00 |
| d. | Internal Revenue Service | $ 58,676.74 |
| e. | State of California Employment Development Department | $ 100,000.00 |
| f. | City and County of San Francisco Tax Collector | $ 30,000.00 |
| g. | Lansing Street Partners | $ 36,000.00 |
| h. | State of California Franchise Tax Board | $ 3,100.00 |
| i. | Better Methods Alexander | $ 1,669.63 |
| j. | C.R. Daniels, Inc. | $ 2,671.40 |
| k. | PG & E (Win Fashion, Inc.) | $ 2,938.54 |
| l. | Saha Union International, Inc. | $ 5,810.30 |
| m. | Sunclipse, Inc. | $ 734.64 |

| | | | |
|---|---|---|---:|
| 1 | n. | Burlington Industries, Inc. | $ 6,812.07 |
| 2 | o. | Sun Trust Bank | $ 2,070.34 |
| 3, 4 | p. | Feldman Co., Inc.<br>Euler American Credit Idemnity | $ 5,810.30 |
| 5 | q. | Phoenix Ribbon Co., Inc. | $ 13,490.57 |
| 6 | r. | Acker & Jablow | $ 211,040.61 |
| 7, 8 | s. | Reynaud Rexo<br>c/o Milton J. Moser Assoc. | $ 8,481.70 |
| 9 | t. | Baroff Container & Supply Co. | $ 3,606.39 |
| 10 | u. | Weber & Sons Button Co. | $ 1,469.27 |
| 11 | v. | PG & E (for Wins of Ca.) | $ 1,335.70 |
| 12 | w. | Milberg Factors, Inc. | $ 4,875.31 |
| 13 | x. | Gehring Textiles, Inc. | $ 868.21 |
| 14 | y. | Artistic Ribbon, Inc. | $ 2,537.83 |
| 15 | z. | ABC Embroidered Accessories | $ 267.14 |
| 16 | aa. | Super Trim, Inc. | $ 36,264.26 |
| 17 | bb. | Crafland, Inc. | $ 1,803.20 |
| 18 | cc. | Robert Kaufman | $ 11,954.52 |
| 19 | dd. | Sani-Line Sales | $ 868.21 |
| 20 | ee. | Emday | $ 77,203.46 |
| 21 | ff. | Neman Brothers | $ 129,362.55 |
| 22 | gg. | E.T.C. Trims Co. | $ 3,072.11 |
| 23 | hh. | Fabric Country | $ 2,604.62 |
| 24 | ii. | Compupunch, Inc. | $ 1,936.77 |
| 25 | jj. | San Francisco Elevator Co. | $ 4,073.89 |
| 26, 27 | kk. | Euler / American Credit Indemnity, Agent of Feldman Co., Inc. | $ 9,617.04 |
| 28 | ll. | HSBC Business Credit | |

|  |  |  |
|---|---|---|
| USA, Inc. | $ | 5,209.23 |
| mm. Alden, Curtis and Michaels, Ltd. World Wide Collections | $ | 3,005.33 |
| nn. Euler-Hermes ACI | $ | 25,378.30 |
| oo. GMAC Commercial Credit, LLC | $ | 3,940.32 |
| pp. Logistics Links | $ | 36,531.40 |
| qq. Lansing Street Partners | $ | 14,625.92 |
| rr. MK Fabrics, Inc. | $ | 23,909.03 |

5. The trustee shall also pay $702.00 to the U.S. Marshal service for publication expenses incurred in connection with the above-captioned civil forfeiture actions.

6. Any additional interest that has accrued on the principal amount of as of the day of distribution to the trustee by the U.S. Marshall, as well as any additional funds available that would otherwise be part of these civil forfeiture actions and that are being held by the trustee, shall distributed by the trustee to the parties identified in paragraph 4, subparagraphs i through rr, on the same pro rata basis.

7. Any checks that are distributed and remain uncashed after 120 days, and any additional funds that may be available due to accrual of additional interest, shall be re-distributed by the trustee pro rata to the creditors listed paragraph 4, in subparagraphs i through rr, above. The United States Attorney will make good faith efforts to locate all said creditors. The trustee is under no obligation to search for other addresses before re-distributing the funds pro rata.

IT IS SO ORDERED.

DATED: April 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE