JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN163973)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
E-mail: Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY QUAN, <br>   a/k/a Toha Quan, <br> ANNA WONG, <br>   a/k/a Anna You Nor Wong, <br><br><br><br><br> Defendants. | No. CR 04 0323 WBS <br><br> UNITED STATES' MOTION AND [~~PROPOSED~~] ORDER RE RESTITUTION |

The parties to the civil forfeiture action in case C 05-4412 WBS have reached a settlement of that action, as memorialized in the Settlement Stipulation and [Proposed] Order submitted to this Court. By that stipulation, the parties agreed to the distribution of funds in case C 05-4412 WBS to creditors of Win Fashion, Inc.; Wins of California, Inc.;

and Tomi LLC, the entities that defendants Jimmy Quan and/or Anna Wong placed in bankruptcy. Actions by the defendants in connection with those bankruptcies were the subject of the charges in the above-captioned criminal case.

As part of the settlement of case C 05-4412, the United States has also agreed to move to dismiss the civil forfeiture action in case C 04-0933 WBS.

Also as part of the Settlement Stipulation in case C 05-4412 WBS, the parties have agreed that the distribution of funds will constitute full satisfaction of any and all restitution that may be due and owing under the above-captioned criminal case. Accordingly, the United States hereby moves that this Court stay execution of this Court's Amended Restitution Order, filed on April 18, 2008 (document 604), until the United States Marshal's Service distributes the funds (principal and accrued interest) in case
C 05-4412 WBS to trustee Mohammed Poonja as ordered by this Court pursuant to the parties' Settlement Stipulation. The United States further moves that, upon the transmission of funds by the United States Marshal's Service to Mohammed Poonja, this Court vacate the Amended Order of Restitution, as well as the Order of Restitution entered on April 16, 2008 (document 602). The United States agrees that if the settlement in case C 05-4412 WBS is accepted by this Court, it will not seek any further order of restitution in criminal case CR 04-0323 WBS.

Dated: 6/4/08                    JOSEPH P. RUSSONIELLO
                                 United States Attorney


                                 _____/s/_____
                                 SUSAN E. BADGER
                                 Assistant United States Attorney


U.S. MOT. & [PROP.] ORDER
RE RESTITUTION
[CR 04 0323 ] [WBS]                    2

## ORDER

Upon the motion of the United States, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. The execution of Amended Order of Restitution (document 604) in the above-captioned case, CR 04 0323 WBS, filed April 18, 2008, is stayed pending transmission of the funds in case C 05-4412 WBS, including principal and accrued interest, by the United States Mashal's Service to Mohammed Poonja.

2. Upon said transmission of funds by the United States Marshal's Service, the Amended Order of Restitution (document 604) and the Order of Restitution (document 602) are vacated.

3. The hearing previously set for June 13, 2008, is vacated.

DATED: June 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

U.S. MOT. & [PROP.] ORDER
RE RESTITUTION
[CR 04 0323 ] [WBS]                                3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JIMMY QUAN, et al.,<br><br>    Defendant.<br>_____/ | Case Number: CR 04-0323 WBS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Marshal Service
450 Golden Gate Ave.
San Francisco, CA 94102


June 10, 2008


              Richard W. Wieking, Clerk

              *[signature: Snooki Puli]*
              By: Snooki Puli