1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRAIN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

4 | STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney
5 |     450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
6 |     Telephone: 415.436.6816
    Facsimile:  415.436.6748
7 |     Email: stephanie.hinds@usdoj.gov

8 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CV 04-0933 WBS** |
|                       Plaintiff, | ) | |
| v. | ) | |
| $2,526.70 FROM CITIBANK ACCOUNT NO. 40017922317; $31,502.09 FROM CITIBANK ACCOUNT NO. 40017922234; $5,086.46 FROM CITIBANK NO. 50439595; $31,502.09 FROM CITIBANK ACCOUNT NO. 40017922259; $5,175.11 FROM CITIBANK ACCOUNT NO. 50439637; $31,502.90 FROM CITIBANK ACCOUNT NO. 40017922275; $4,662.74 FROM CITIBANK ACCOUNT NO. 50439611; $17,296.00 FROM CITIBANK ACCOUNT NO. 40017742160; AND $2,749.25 FROM CITIBANK ACCOUNT NO. 50439579, | ) | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION** |
|                       Defendants. | ) | |
| ANNA WONG AND NANCY QUAN, | ) | |
|                       Claimants. | ) | |

**STIPULATION**

Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, the parties hereby submit this joint request to dismiss the above-captioned action.  The parties are jointly moving to dismiss this action pursuant to the settlement reached in the related civil forfeiture action bearing case number C 05-4412 WBS, which was approved by this Court and filed on June 11, 2008.  Upon the transfer of funds as set forth in the settlement agreement, the parties request that this matter be dismissed without prejudice and that each party bear their own costs for these actions.

SO STIPULATED.

Dated: _____, 2008                       __/s/_____
                                           STEPHANIE M. HINDS
                                           Assistant United States Attorney


Dated: _____, 2008                       __/s/_____
                                           JOHN CHU
                                           Attorney for Nancy Quan and Anna Wong


**ORDER RE DISMISSAL**

Upon the above stipulation of the parties, and good cause appearing, the Court hereby dismisses the above-captioned action without prejudice.  The Court further orders that each party bears its own costs.


IT IS SO ORDERED.


Dated: July 17, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED]
ORDER TO DISMISS ACTION
CV 04-0933 WBS**

2